IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                           CASE NO. 5:13-cr-22-RS

FERNANDO RAMOS,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 22). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The plea of guilty of Defendant to Count One of the Indictment is **ACCEPTED**.

3. All parties shall appear for sentencing on October 16, 2013, at 9:30 a.m.

**ORDERED** on July 9, 2013.

                                          **/s/ Richard Smoak**
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**